IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID MEDINA-GUERRERO,<br><br>Defendant. | **Case No.:** CR 20–00026 RS<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>**Court:** Courtroom 3, 17th Floor |

Based on the foregoing stipulation of counsel and good cause appearing therefor,

IT IS ORDERED that the status conference presently scheduled for March 3, 2020 be continued to March 17, 2020, and that the time between March 3, 2020 and March 17, 2020 be excluded under the Speedy Trial Act for effective preparation as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: 2/27/2020

HONORABLE RICHARD SEEBORG
United States District Judge